1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
          Social Security Administration
5         Office of General Counsel
          6401 Security Boulevard
6         Baltimore, MD 21235
          Telephone: (510) 970-4818
7         Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
8

9

10

11
                          UNITED STATES DISTRICT COURT
12
                         EASTERN DISTRICT OF CALIFORNIA
13

14  | SERENA ANNE SHIMP, | No. 2:24-cv-01851-CSK |

15  Plaintiff,

16  v.                     MOTION AND [~~PROPOSED~~] **MODIFIED**
                           ORDER FOR AN EXTENSION OF TIME TO
17  COMMISSIONER OF SOCIAL  RESPOND TO COURT'S MAY 27, 2025
    SECURITY,              MINUTE ORDER
18
    Defendant.
19

20

21      Defendant, Commissioner of Social Security (Commissioner), by his undersigned

22  attorneys, respectfully moves for this Court's approval that Defendant's time for responding to

23  the Court's May 27, 2025 Minute Order.be extended two (2) days from June 17, 2025 to June 19,

24  2025.  This is Defendant's first request for an extension.  Counsel for Plaintiff was emailed on

25  two occasions today to ascertain whether they had any objection to Defendant's request for an

26  extension, but they have not responded as of the time of filing this Motion.

27      Good cause exists for this request.  Defendant respectfully requests this additional time

28

Motion for Extension of Time

1

because Counsel for Defendant is waiting for a response from a client advisor regarding its response, but that individual was unexpectedly out of the office today and is expected to return to the office tomorrow.   An extension until June 19, 2025 should provide the opportunity for the undersigned Counsel for Defendant to finalize its response in coordination with this individual. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: June 17, 2025                By:    *s/ Oscar Gonzalez de Llano*
                                          OSCAR GONZALEZ DE LLANO
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

ORDER

Defendant's motion for an extension of time (ECF No. 21) is GRANTED. Defendant is granted a two-day extension from June 17, 2025 to June 19, 2025, to respond to the Court's May 27, 2025 Minute Order. Defendant is reminded to file requests for extension of time well in advance of the deadline. Future requests to extend time that are not filed well in advance of the deadline will not be granted.

DATED: June 18, 2025

The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

5, shim.1851.24